| | |
|---|---|
| 1 | MAJORS & FOX LLP |
| 2 | Frank J. Fox SBN139147(Ca.)<br>Lawrence J. Salisbury SBN179748(Ca.) |
| 3 | Andrew M. Greene SBN167386(Ca.)<br>Jonathan L. Gerber SBN251219(Ca.) |
| 4 | 401 West "A" Street, Suite 2350 |
| 5 | San Diego, California 92101-7921<br>Telephone:  (619) 234-1000 |
| 6 | Facsimile:  (619) 234-1011<br>Emails:        fjfox@majorfox.com; lsalisbu@majorfox.com; |
| 7 | agreene@majorfox.com; jgerber@majorfox.com |
| 8 | [Other Counsel on Signature Page] |
| 9 | Counsel for Plaintiff/Cross-Defendant Rosalee Hansen |
| 10 | |
| 11 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (State Bar No. 083013) |
| 12 | MARCOS D. SASSO (State Bar No. 228905)<br>ERIC Y. HWANG (State Bar No. 258966) |
| 13 | 2029 Century Park East, Suite 1600<br>Los Angeles, CA  90067-3086 |
| 14 | Telephone: 310-556-5800<br>Facsimile: 310-556-5959 |
| 15 | E-Mail: lacalendar@stroock.com |
| 16 | Attorneys for Defendant/Cross-Complainant |
| 17 |   CITIBANK (SOUTH DAKOTA), N.A. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALEE HANSEN, an individual,<br><br>                    Plaintiff,<br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 100, inclusive,<br><br><br>And Related Cross-Claim | Case No. 2:09-CV-02107-JAM-EFB<br><br>STIPULATION TO CONTINUE TRIAL DATES AND TRIAL RELATED DATES;  ORDER<br><br>Date Filed:    02/02/2009 |

LA 51278681

This Stipulation is entered into with respect to the following facts and circumstances:

1.	This action was filed on February 2, 2009, but then was removed to U.S. District Court on or about July 30, 2009;

2.	After the parties filed the Joint Status Report on or about September 28, 2009, the Court issued its Status (Pre-Trial Scheduling) Order, by which the Court set the trial date of this action for December 6, 2010;

3.	The Court's September 30, 2009, Status (Pre-trial Scheduling) Order also set the following dates:

| | | |
|---|---|---|
| 1) | File Joint Mid-Lit Statement | June 15, 2010 |
| 2) | Discovery Cutoff | June 30, 2010 |
| 3) | File Dispositive Motions | August 4, 2010 |
| 4) | Dispositive Motion Hearing | September 1, 2010; at 9:00 a.m. |
| 5) | Final Pre-Trial Conference | October 22, 2010 |

4.	The parties have and continue to work cooperatively to complete discovery in order to permit the filing of dispositive motions.  Unfortunately, in light of the many witnesses that do not reside in California, the difficulties of scheduling the depositions that need to be completed and the summer vacation plans of both the witnesses and counsel, it will be very difficult to complete the necessary discovery and file dispositive motions under the current schedule.

5.	Accordingly, the Parties jointly seek to continue all calendared dates for approximately 45 days from the currently scheduled dates or as soon thereafter as the Court's schedule allows.

6.	The Court has advised that the schedule may be amended as follows:

1)	File Joint Mid-Lit Statement, July 26, 2010

2)	Discovery Cutoff, August 16, 2010

1

LA 51278681

PDF created with pdfFactory trial version www.pdffactory.com

   3)  File Dispositive Motions, September 22, 2010;

   4)  Dispositive Motion Hearing, October 20, 2010 at 9:30 a.m.;

   5)  Final Pre-Trial Conference, December 17, 2010 at 3 p.m.; and

   6)  Trial, February 7, 2011 at 9:00 a.m.

 7. The parties have not previously sought a continuance of the dates in this action. Based on the foregoing facts and circumstances, and good cause appearing therefore,

IT IS HEREBY STIPULATED as follows:

 (1) The trial date and all other pretrial dates shall be continued approximately 45 days from the currently scheduled dates and the new schedule shall be as follows:

   1)  File Joint Mid-Lit Statement, July 26, 2010

   2)  Discovery Cutoff, August 16, 2010

   3)  File Dispositive Motions, September 22, 2010;

   4)  Dispositive Motion Hearing, October 20, 2010 at 9:30 a.m.;

   5)  Final Pre-Trial Conference, December 17, 2010 at 3 p.m.; and

   6)  Trial, February 7, 2011 at 9:00 a.m.

Dated: June 8, 2010        MAJORS & FOX LLP

              By: /s/
                   Frank Fox

             AULT & ROBINSON, A.P.C.
             LINDA S. ROBINSON
             DAVID W. AULT

             COUNTY OF EL DORADO
             A.L. HAMILTON
             Attorneys for Plaintiff/Cross-Defendant
              ROSALEE HANSEN

LA 51278681

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 8, 2010                                    STROOCK & STROOCK & LAVAN LLP

By:  /s/ _____
                Marcos D. Sasso

Attorneys for Defendant/Cross-Complainant
CITIBANK (SOUTH DAKOTA), N.A.

## ORDER

Good cause appearing in the parties' Stipulation,

IT IS ORDERED as follows:

(1) The trial date and all other pretrial dates shall be continued approximately 45 days from the currently scheduled dates such that the new schedule shall be as follows:

1) File Joint Mid-Lit Statement, July 26, 2010

2) Discovery Cutoff, August 16, 2010

3) File Dispositive Motions, September 22, 2010;

4) Dispositive Motion Hearing, October 20, 2010 at 9:30 a.m.;

5) Final Pre-Trial Conference, December 17, 2010 at 3 p.m.; and

6) Trial, February 7, 2011 at 9:00 a.m.

IT IS SO ORDERED.

DATE: June 10, 2010                                    /s/ John A. Mendez
                                                                    JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT JUDGE

LA 51278681

PDF created with pdfFactory trial version www.pdffactory.com