**MAJORS & FOX LLP**
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
Jonathan L. Gerber SBN251219(Ca.)
401 West "A" Street, Suite 2350
San Diego, California 92101-7921
Telephone:  (619) 234-1000
Facsimile:  (619) 234-1011
Emails: fjfox@majorfox.com; lsalisbu@majorfox.com;
        agreene@majorfox.com; jgerber@majorfox.com

**AULT & ROBINSON, A.P.C.**
Linda S. Robinson SBN165189(Ca.)
David W. Ault SBN044801(Ca.)
16236 San Dieguito Road, Suite 4-21
Rancho Santa Fe, California 92067-4217
Telephone:  (858) 759-1912
Facsimile:  (858) 832-8074
Email:  aultrobinson@aol.com

**COUNTY OF EL DORADO**
A.L. Hamilton SBN41385(Ca.)
937 Spring Street
Placerville, California 95667-4543
Telephone:  (530) 621-6154
Facsimile:  (530) 642-9233
Email:  al.hamilton@co.el-dorado.ca.us

Attorneys for Plaintiff and Cross-Defendant Rosalee Hansen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROSALEE HANSEN, an individual,<br><br>            Plaintiff,<br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:09-CV-02107-JAM-EFB<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL RESPONSES TO 1) INTERROGATORIES 2) REQUESTS FOR ADMISSIONS AND 3) REQUEST FOR PRODUCTION; ORDER |
| CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 100, inclusive,<br><br>            Cross-Complainants,<br>v.<br><br>ROSALEE HANSEN, and ROES 1 through 10,<br><br>            Cross-Defendants. | Date Filed:  02/02/2009<br><br>Date:      August 11, 2010<br>Time:     10:00 a.m.<br>Dept.:     24<br>Magistrate Judge:<br>Edmund F. Brennan |

1  WHEREAS, the hearing on Plaintiff Rosalee Hansen's ("Plaintiff" or "Hansen")
2  Motion to Compel Responses to 1) Interrogatories 2) Requests for Admissions and 3)
3  Request for Production from Defendant Citibank (South Dakota), N.A. (the "Motion") is
4  currently July 21, 2010 at 10:00 a.m.

5  WHEREAS, Defendant Citibank's counsel notified Plaintiff that they were
6  unavailable for the hearing on July 21, 2010, and requested that the hearing
7  be moved.

8  WHEREAS, the earliest date(s) the Court had available were in early August.

9  WHEREAS, after meeting and conferring, the parties agreed to move the
10 hearing date to August 11, 2010 at 10:00 a.m. and the parties will file the Joint
11 Statement of Disputed Discovery in accordance with the time frame required by Local
12 Rule 251.

13 IT IS HEREBY STIPULATED by and through the attorneys of record that:

14 The hearing on the Motion shall be continued to August 11, 2010 at 10:00 a.m.

16 DATED: July 14, 2010                    COUNTY OF EL DORADO
                                           AULT & ROBINSON, A.P.C.
17                                         MAJORS & FOX LLP

                                                    signature on original
19                                         By:_____
                                                    Jonathan L. Gerber
20
                                           Attorneys for Plaintiff and Cross-Defendant
21                                         Rosalee Hansen

22
23 DATED: July 14, 2010                    STROOK & STROOK & LAVAN LLP
                                           JULIA B. STRICKLAND
                                           MARCOS D. SASSO
24

25                                                  signature on original
                                           By:_____
26                                                  Marcos D. Sasso

27                                         Attorneys for Defendant/Cross-Complainant
                                           Citibank (South Dakota) N.A.
28

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA  92101
Telephone:  (619) 234-1000
Facsimile: (619) 234-1011

- 2 -

Stipulation to Continue Hearing on Motion to Compel; and Order        2:09-CV-02107-JAM-EFB

<u>ORDER</u>

The Court, having read and considered the foregoing stipulation, and for good cause appearing therefore, hereby ORDERS that the hearing on the Motion shall be continued to August 11, 2010 at 10:00 a.m.

Dated: July 14, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

MAJORS & FOX LLP
Pacific Western Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 3 -

Stipulation to Continue Hearing on Motion to Compel; and Order     2:09-CV-02107-JAM-EFB