1 | MAJORS & FOX  LLP
Frank J. Fox SBN139147(Ca.)
2 | Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
3 | Jonathan L. Gerber SBN251219(Ca.)
4 | 401 West "A" Street, Suite 2350
San Diego, California 92101-7921
5 | Telephone:  (619) 234-1000
Facsimile:  (619) 234-1011
6 | Emails:       fjfox@majorfox.com; lsalisbu@majorfox.com;
7 |          agreene@majorfox.com; jgerber@majorfox.com

8 | [Other Counsel on Signature Page]

9 | Counsel for Plaintiff/Cross-Defendant Rosalee Hansen

10 | STROOCK & STROOCK & LAVAN LLP
11 | JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
12 | ERIC Y. HWANG (State Bar No. 258966)
2029 Century Park East, Suite 1600
13 | Los Angeles, CA  90067-3086
14 | Telephone: 310-556-5800
Facsimile: 310-556-5959
15 | E-Mail: lacalendar@stroock.com

16 | Attorneys for Defendant/Cross-Complainant
17 |   CITIBANK (SOUTH DAKOTA), N.A.

18 | **UNITED STATES DISTRICT COURT**

19 | **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALEE HANSEN, an individual, | Case No. 2:09-CV-02107-JAM-EFB |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATES AND TRIAL RELATED DATES;  ORDER |
| v. | |
| CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 100, inclusive, | Date Filed:    02/02/2009 |
| And Related Cross-Claim | |

LA 51300593

PDF created with pdfFactory trial version www.pdffactory.com

This Stipulation is entered into with respect to the following facts and circumstances:

1.      WHEREAS, on August 11, 2010, plaintiff Rosalee Hansen ("Plaintiff") and defendant Citibank (South Dakota), N.A. ("Citibank"), through their counsel of record, appeared before Magistrate Judge Edmund F. Brennan on three discovery related motions, including Plaintiff's motion to compel additional discovery responses and further production of documents, Citibank's motion for  a protective order and Plaintiff's motion to compel depositions;

2.      WHEREAS, August 11, 2010 was the earliest date that the parties could schedule the respective motions in light of Judge Brennan's and counsel's respective calendars;

3.      WHEREAS, Judge Brennan granted Citibank's motion for protective and granted and denied in part Plaintiff's motions;

4.      WHEREAS, as part of Judge Brennan's rulings, Citibank must produce additional documents and produce additional Federal Rule of Civil Procedure 30(b)(6) witnesses for deposition;

5.      WHEREAS, Citibank requires time to locate and produce any additional responsive documents and to locate and schedule the remaining witnesses, and at this time, Citibank estimates that there may be an additional 5-10 persons that must be scheduled for deposition in light of Judge Brennan's rulings;

6.      WHEREAS, Citibank previously noticed the deposition of Dr. Mark Holthouse, the Plaintiff's personal physician and a potential witness in this action, however, due to patient schedule and a previously scheduled vacation, the parties will be unable to depose Dr. Holthouse until August 26, 2010, which is after the current discovery cut-off of August 16, 2010;

7.      WHEREAS, Plaintiff previously noticed the deposition of Phillips & Cohen Associates, Ltd. ("P&C"), a debt collection agency utilized by Citibank and a potential witness in this matter, however, in light of Citibank's then pending motion for a protective order, the parties

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

had agreed, with P&C's consent, to continue the deposition of P&C to a mutually convenient date and time after the Court ruled on such motion;

8.      WHEREAS, pursuant to the Court's June 10, 2010 Order to Continue Trial Dates and Trial Related Dates, the current schedule is as follows:

| | | |
|---|---|---|
| 1) | Discovery Cutoff | August 16, 2010; |
| 2) | File Dispositive Motions | September 22, 2010; |
| 3) | Dispositive Motion Hearing | October 20, 2010 at 9:30 a.m.; |
| 4) | Final Pre-Trial Conference, | December 17, 2010 at 3:00 p.m.; and |
| 5) | Trial, | February 7, 2011 at 9:00 a.m. |

9.      WHEREAS, the parties work cooperatively to complete discovery as ordered by Judge Brennan, and any pending discovery, in a timely fashion.  However, in light of the broad scope of discovery and the many witnesses that do not reside in California, the difficulties of scheduling the depositions that need to be completed, the parties will be unable to complete the necessary discovery and file dispositive motions under the current schedule.

10.      WHEREAS, by this stipulation and order, the parties jointly seek to continue all calendared dates for approximately 60 days from the currently scheduled dates or as soon thereafter as the Court's schedule allows.

11.      WHEREAS, in order to complete the additional discovery ordered by Judge Brennan and to complete pending discovery, the parties' proposed schedule, subject to the Court's availability, is as follows:

| | | |
|---|---|---|
| 1) | Discovery Cutoff, | October 15, 2010; |
| 2) | File Dispositive Motions, | December 15, 2010; |
| 3) | Dispositive Motion Hearing, | January 12, 2011 at 9:30 a.m.; |
| 4) | Final Pre-Trial Conference, | February 18, 2011 at 2 p.m.; and |

-2-

LA 51300593

PDF created with pdfFactory trial version www.pdffactory.com

| | 5) | Trial, | April 11, 2011 at 9:00 a.m. |

12.    WHEREAS, the parties previously sought a 45-day continuance of the dates in this action.

13.    WHEREAS, good cause exists to continue the deadlines to permit time for the additional document production and depositions to be scheduled and completed, in light of the Court's recent discovery related rulings.

Based on the foregoing facts and circumstances, and good cause appearing therefore,

IT IS HEREBY STIPULATED as follows:

(1)    In order to complete the additional discovery ordered by Judge Brennan and to complete pending discovery, the trial date and all other pretrial dates shall be continued approximately 60 days from the currently scheduled dates and the new schedule shall be as follows:

| | 1) | Discovery Cutoff, | October 15, 2010; |
| | 2) | File Dispositive Motions, | December 15, 2010; |
| | 3) | Dispositive Motion Hearing, | January 12, 2011 at 9:30 a.m.; |
| | 4) | Final Pre-Trial Conference, | February 18, 2011 at 2 p.m.; and |
| | 5) | Trial, | April 11, 2011 at 9:00 a.m. |

Dated:  August 17, 2010                    MAJORS & FOX LLP


                                           By:    /s/ Frank Fox
                                                            Frank Fox

                                           AULT & ROBINSON, A.P.C.
                                           LINDA S. ROBINSON
                                           DAVID W. AULT

                                           COUNTY OF EL DORADO
                                           A.L. HAMILTON
                                           Attorneys for Plaintiff/Cross-Defendant

-3-

PDF created with pdfFactory trial version www.pdffactory.com

ROSALEE HANSEN

Dated:  August 17, 2010                    STROOCK & STROOCK & LAVAN LLP


                                           By:     /s/ Marcos D. Sasso
                                                   Marcos D. Sasso

                                           Attorneys for Defendant/Cross-Complainant
                                           CITIBANK (SOUTH DAKOTA), N.A.

                                           ORDER

    Good cause appearing in the parties' Stipulation,

    IT IS ORDERED as follows:

    (1)     The trial date and all other pretrial dates shall be continued approximately 60 days

from the currently scheduled dates such that the new schedule shall be as follows:

            1)     Discovery Cutoff, October 15, 2010;

            2)     File Dispositive Motions, December 15, 2010;

            3)     Dispositive Motion Hearing, January 12, 2011 at 9:30 a.m.;

            4)     Final Pre-Trial Conference, February 18, 2011 at 2 p.m.; and

            5)     Trial, April 11, 2011 at 9:00 a.m.

    IT IS SO ORDERED.



DATE:  August 17, 2010                     /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE

LA 51300593

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )   ss
COUNTY OF SAN FRANCISCO      )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California  90067-3086.

On August 17, 2010 I served the foregoing document(s) described as:  **STIPULATION TO CONTINUE TRIAL DATES AND TRIAL RELATED DATES; [PROPOSED] ORDER**  on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Linda S. Robinson, Esq.
> David Ault, Esq.
> 16236 San Dieguito Road, Suite 4-21
> Rancho Santa Fe, CA  92067-4217

O   **(VIA PERSONAL SERVICE)**  By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

X   **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

O   **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

O   **(VIA OVERNIGHT DELIVERY)**  By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 17, 2010, at Los Angeles, California.

| Lori A. Reed | /s/ Lori A. Reed |
|---|---|
| [Type or Print Name] | [Signature] |

- 1 -

LA 51300593

PDF created with pdfFactory trial version www.pdffactory.com